KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM S. SHELDON, as PR of the ESTATE OF RAMONA M. SHELDON, and GEORGE A. SHELDON, JR., individually and as guardian of F.A.S., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:13-cv-222 TMB <br><br> **NOTICE OF SETTLEMENT** |

The United States, through counsel, notifies the Court that the parties have reached a settlement of the claims in this action. Plaintiffs will need to obtain court approval, pursuant to AkLR 68.3, of F.A.S.'s portion of the

settlement.  Only after court approval is obtained can the Defendant finalize the settlement documents and request for payment.  A stipulation for dismissal will be filed after the parties complete the settlement documents and proceedings, which is expected to take up to 90 days.

The parties propose they file either the stipulation for dismissal or a status report on April 8, 2016.

RESPECTFULLY SUBMITTED on January 8, 2016, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2016,
a copy of the foregoing was served
electronically on:

Benjamin I. Whipple, Esq.

s/ Richard L. Pomeroy
Assistant United States Attorney

*Sheldon v U.S.A.*
Case No. 3:13-cv-222 TMB                              2