KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Richard.Pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM S. SHELDON, as PR of the ESTATE OF RAMONA M. SHELDON, and GEORGE A. SHELDON, SR., individually and as guardian of F.A.S., <br><br>          Plaintiffs, <br><br>  vs. <br><br>UNITED STATES OF AMERICA, <br><br>          Defendant. | Case No. 3:13-cv-222 TMB <br><br> **STIPULATION OF DISMISSAL** |

The Plaintiffs and defendant United States of America, via undersigned counsel, stipulate that all claims that were asserted or that could have been asserted by Plaintiffs against the United States in this action may be

dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED on May 26, 2016, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
Attorney for Defendant


s/Benjamin I. Whipple (consent)
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016,
a copy of the foregoing was served
electronically on:

Benjamin I. Whipple, Esq.

s/ Richard L. Pomeroy
Assistant United States Attorney

*Sheldon v U.S.A.*
Case No. 3:13-cv-222 TMB                2

Case 3:13-cv-00222-TMB   Document 42   Filed 05/26/16   Page 2 of 2